Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−12216−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel E. Yancy
   725 Central Ave
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−9508

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/15/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 15, 2020
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-12216-JNP
Daniel E. Yancy                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Jan 15, 2020
                               Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db              +Daniel E. Yancy,    725 Central Ave,    Franklinville, NJ 08322-2054
518157556       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
518006683       +Diversified Consultants,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
518006685       +Franklin Twp Tax Collector,    1571 Delsea Dr.,    Franklinville, NJ 08322-2391
518006689        Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                  Trenton, NJ 08625-0112
518006691       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    P.O. Box 245,
                  Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 00:17:51     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 00:17:46      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518006680        E-mail/Text: bankruptcy@pepcoholdings.com Jan 16 2020 00:17:13
                  Atlantic City Electric Company,    Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                  Carneys Point, NJ 08069-3600
518006682       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 00:11:46     Credit One Bank,
                  PO BOX 98873,   Las Vegas, NV 89193-8873
518653011        EDI: IRS.COM Jan 16 2020 04:33:00     Department of the Treasury,    Internal Revenue Service,
                  PO Box 7346,   Philadelphia , PA 19101-7346
518006684       +EDI: AMINFOFP.COM Jan 16 2020 04:33:00     First Premier Bank,    3820 N. Louise Avenue,
                  Sioux Falls, SD 57107-0145
518068822        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 00:11:51     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518067897        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 16 2020 00:13:27     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518059669       +EDI: JEFFERSONCAP.COM Jan 16 2020 04:33:00     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518059669       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2020 00:18:11     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518006690       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 16 2020 00:12:43     Regional Acceptance Corp,
                  P O Box 580306,    Charlotte, NC 28258-0306
518016901        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 16 2020 00:12:43     Regional Acceptance Corporation,
                  PO Box 1847,   Wilson, NC 27894-1847
518006692       +EDI: SWCR.COM Jan 16 2020 04:33:00     SW Credit Systems,    4120 International PKWY,    Ste 1100,
                  Carrollton, TX 75007-1958
518006693       +EDI: BLUESTEM Jan 16 2020 04:33:00     Webbank/Freshstart,    6250 Ridgewood Road,
                  Saint Cloud, MN 56303-0820
518006694        EDI: WFFC.COM Jan 16 2020 04:33:00     Wells Fargo Card Service,    PO Box 14517,
                  Des Moines, IA 50306-3517
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518006688*       Internal Revenue Service,    P.O. Box 744,   Special Procedure Branch,    Springfield, NJ 07081
518006687*       Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
518006686*      +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
lm             ##+Carrington Home Mortgage,    1610 E. St. Andrew Place,    #B150,    Santa Ana, CA 92705-4941
518006681      ##+Carrington Mortgage Services,    1610 E Saint Andrew Pl,    Santa Ana, CA 92705-4941
                                                                                              TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                 Page 2 of 2                   Date Rcvd: Jan 15, 2020
                              Form ID: 148                Total Noticed: 20
```

               ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
               rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```